# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2022

## NO. 03-21-00413-CV

**In the Matter of D. E. P.**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on July 26, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.